No. 00–1619. GOORD, COMMISSIONER, NEW YORK DEPARTMENT OF CORRECTIONAL SERVICES, ET AL. *v.* LAWRENCE. C. A. 2d Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Porter* v. *Nussle,* 534 U. S. 516 (2002).

No. 01–100. STERNER ET AL. *v.* ROYSTER. C. A. 2d Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Porter* v. *Nussle,* 534 U. S. 516 (2002).

No. 01–7124. TROBAUGH *v.* HAWK SAWYER, DIRECTOR, FEDERAL BUREAU OF PRISONS, ET AL. C. A. 8th Cir. Motion of petitioner for leave to proceed *in forma pauperis* denied, and certiorari dismissed. See this Court's Rule 39.8.

No. 01–7526. SINDRAM *v.* RUBIN. Ct. App. Md. Motion of petitioner for leave to proceed *in forma pauperis* denied, and certiorari dismissed. See this Court's Rule 39.8. As petitioner has repeatedly abused this Court's process, the Clerk is directed not to accept any further petitions in noncriminal matters from petitioner unless the docketing fee required by Rule 38(a) is paid and the petition is submitted in compliance with Rule 33.1. See *Martin* v. *District of Columbia Court of Appeals,* 506 U. S. 1 (1992) *(per curiam).* JUSTICE STEVENS dissents. See *id.,* at 4, and cases cited therein.

No. 01A434. MOORE *v.* COCKRELL, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. Applica-

tion for certificate of appealability, addressed to JUSTICE KENNEDY and referred to the Court, denied.